UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 25-61207-CIV-SINGHAL/STRAUSS

NEO DAVIS,

    Plaintiff,

vs.

BROWARD COUNTY SHERIFF'S OFFICE et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** has come before the Court upon the magistrate judge's Report and Recommendation (DE [6]).  The magistrate judge issued a Report and Recommendation (DE [6]) on August 21, 2025, recommending that the Complaint be dismissed for several reasons which include the fact that Plaintiff, *pro se*, appears to be suing on behalf of DTH Enterprize Revocable Living Trust and that the pleading is a shotgun pleading.  Judge Strauss gave Plaintiff an opportunity to amend the Complaint, but he has not done so. This Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

    **ORDERED AND ADJUDGED** that the magistrate judge's Report and Recommendation (DE [6]) is **AFFIRMED** and **ADOPTED.**  This action is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 5th day of September 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF and via U.S. Mail to:

Neo Davis
15031 North Saxon Circle
Southwest Ranches, FL 33331